# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | |
|---|---|
| Jay and Holly Pilgrim,<br><br>      Plaintiffs,<br><br>v.<br><br>Cawley & Bergmann, LLP and DOES 1-10, inclusive,<br><br>      Defendants. | 8:12CV214-JFB-TDT |

## ORDER OF DISMISSAL PURSUANT TO FED.R.CIV.P. 41

It is hereby ordered, pursuant to the parties' Joint Stipulation of Dismissal as to Defendant Cawley & Bergmann, LLP (Doc. # 20) and pursuant to Fed.R.Civ.P. 41, that the within matter is dismissed with prejudice and without costs as to Defendant Cawley & Bergmann, LLP.

Dated this 27th day of March, 2013.

                                    **BY THE COURT:**

                                    **s/ Joseph F. Bataillon**
                                    **U.S. District Court Judge**